UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                    Case No. 10-10465-BKC-EPK
                                          Chapter 7
**LOUISE L. BONO**

　　　　　Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )　　The trustee has a balance of $____ remaining in his/her bank account which represents unpresented checks drawn and mailed to creditors of the above named debtor in accordance with Trustee's Notice of Final Dividends To Creditors. Your trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(xx)　　The trustee has a balance of $2.13 remaining in her bank account which represents small dividends as defined by FRBP 3010.

That there is attached and made a part of this Notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED: March 28, 2011                     Deborah C. Menotte, Trustee

                                          By: _____
                                          Deborah C. Menotte, Trustee
                                          P. O. Box 211087
                                          West Palm Beach, FL 33421
                                          (561) 795-9640

**LOUISE L. BONO, DEBTOR**
**Case No. 10-10465-BKC-EPK**

| Claim # | Claimant's Name & Address | Amount of Dividend |
|---|---|---|
| 4 | Oliphant Financial LLC<br>POB 2899<br>Sarasota, FL 34230 | $2.13 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

107
60-249/433

| Case | Debtor |
|---|---|
| 10-10465 EPK | BONO, LOUISE L |
| 92004960357566 | |
| COMBINED SMALL CHECK | |

TID #290650
DEBORAH C. MENOTTE, TRUSTEE
P.O. BOX 211087
WEST PALM BEACH FL 33421

Date   12/07/2010        $ ***********2.13

~~~Two Dollars and 13/100

Pay to the Order of:
U.S. Bankruptcy Court
Flagler Waterview Building
1515 N. Flagler Drive, Suite 801
West Palm Beach FL 33401-3431

**NON-NEGOTIABLE**

Cleared 12/20/10